Dear Clerk,

This is a Notice of Appeal from the U.S. District Court for the District of Alaska in cause No: 3:00CR0079-HRH in a order dated March 6th, 2006.

Thank you,
Wayne Everette.

RECEIVED
MAR 21 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA