UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

RECEIVED
APR 2 1 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**CASE INFORMATION:**
Short Case Title: USA vs. EVERETTE
Court of Appeals No. (leave blank if unassigned): 6-30223
U.S. District Court Judge Name and Case No.: H. RUSSEL HOLLAND - 3:00-cr-00079-HRH
Date Complaint/Indictment/Petition Filed: 11/1/05
Date Appealed Order/Judgment *entered*: 3/6/06
Date NOA *filed*: 3/21/06
COA Status (check one):
__granted in full (attach order)      __denied in full (send record)
__granted in part (send record)    __pending

Court Reporter(s) Name and Phone Number:  None
Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: __                           Date Docket Fee billed: __
Date FP granted: **in original case & for previous appeal**   Date FP denied: __
Is FP pending? __yes/no                            Was FP Limited/Revoked?
US Government Appeal?   No yes/no
Companion Cases? Please list: __02-30221__ - case remanded, re-sentencing issue briefed
court issued order that def would not be
re-sentenced.
Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                          Appellee Counsel:
Wayne Everette, Pro Se                      Retta-Rae Randall, AUSA
30538-086                                   U.S. Attorney's Office
U.S. Penitentiary Victorville               222 W. 7th Ave., #9
P.O. Box 5500                               Anchorage, AK  99513
Adelanto, CA  92301                         FAX: 907-271-1500

__retained    __CJA    __FPD    __FPD    X Other      Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: 30538-086          Address: U.S. Penitentiary Victorville
Custody: Yes                             P.O. Box 5500, Adelanto, CA  92301
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __        9th Circuit Docket Number: __

Name and phone number of person completing this form: Linda Christensen - 907-677-6104