FILED

APR 21 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

RECEIVED

APR 2 4 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>WAYNE EVERETTE,<br><br>Defendant - Appellant. | No. 06-30223<br><br>D.C. No. CR-00-00079-3-HRH<br>District of Alaska,<br>Anchorage<br><br>ORDER |

Court records show that counsel Joseph P. Josephson, Esq., was appointed under the Criminal Justice Act to represent appellant before the district court. It appears that counsel has not been granted leave to withdraw by the district court or this court. Accordingly, the Clerk has entered Joseph P. Josephson, Esq., on the docket as appointed counsel of record. *See* 9th Cir. R. 4-1(a).

Appointed counsel has the duty to ascertain whether the defendant wishes to appeal and to file a notice of appeal upon the defendant's request. *See id.* Counsel also has the duty to continue to represent the defendant on appeal until counsel is relieved by this court. *See id.* Therefore, even though the defendant filed a pro se notice of appeal, counsel Josephson remains responsible for prosecuting this appeal.

If counsel wishes to withdraw, counsel must, within 21 days, file a motion in this court accompanied by a statement of reasons and including: (1) a substitution of counsel showing that new counsel has been retained; or (2) an affidavit or signed statement from the defendant stating that the defendant

06-30223

consents to appointed counsel being relieved and requesting appointment of substitute counsel; or (3) a motion by the defendant to proceed pro se; or (4) an affidavit or signed statement from the defendant showing that the defendant has been advised of the defendant's rights with regard to the appeal and expressly stating that the defendant wishes to dismiss the appeal voluntarily. *See* 9th Cir. R. 4-1(c).

In the absence of a motion to withdraw, the previously established briefing schedule shall remain in effect.

The Clerk shall serve this order on counsel and on appellant at Reg. No. 30538-086, USP Victorville, P.O. Box 5500, Adelanto, California 92301. The Clerk shall also serve the briefing schedule on counsel.

> For the Court:
>
> *Adrienne H. Hickman* (signature)
> Adrienne H. Hickman
> Deputy Clerk
> Ninth Cir. R. 27-7
> General Orders/Appendix A