**FILED**

OCT 3 1 2006

CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>WAYNE EVERETTE,<br><br>Defendant - Appellant. | No. 06-30223<br><br>D.C. No. CR-00-00079-3-HRH<br>District of Alaska,<br>Anchorage<br><br>ORDER |
|---|---|

**RECEIVED**

NOV 0 6 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before: Peter L. Shaw, Appellate Commissioner

Appellee's motion to dismiss this appeal for failure to prosecute is denied.

Appellant's opening brief was due June 20, 2006. On September 29, 2006, the court ordered appellant's appointed counsel, Joseph P. Josephson, Esq., to file the brief within 14 days and to file a motion for relief from default. To date, counsel has not complied with the court's order.

Appellant shall have one final opportunity to prosecute this appeal. Within 14 days after the filing date of this order, appellant shall file the opening brief, excerpts of record, and a motion for relief from default. Alternatively, if counsel is unable to prosecute this appeal, counsel shall file a motion under Ninth Circuit Rule 4-1(c) within 14 days to be relieved as counsel and for appointment of new counsel.

Counsel Josephson shall also, within 14 days after the filing date of this order, show cause why: (1) sanctions not less than $1000 should not be imposed on counsel; (2) counsel should not be deemed ineligible to receive appellate

06-30223

appointments under the Criminal Justice Act; and (3) compensation should not be denied to counsel under the Criminal Justice Act for this representation.

The due date for appellee's brief will be set upon appellant's compliance with this order.

The Clerk shall serve this order by certified mail (return receipt requested) on counsel Josephson.

*Peter L. Shaw*
General Order 6.3(e)