UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
SEP 14 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>WAYNE EVERETTE,<br><br>Defendant - Appellant. | No. 06-30223<br><br>D.C. No. CR-00-00079-a-3-HRH<br>District of Alaska,<br>Anchorage<br><br>ORDER |

RECEIVED
SEP 17 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Before: Peter L. Shaw, Appellate Commissioner.

On May 11, 2007, this appeal was stayed for 60 days or 21 days after both *Claiborne v. United States*, No. 06-5618, and *Rita v. United States,* 06-5754 were decided, whichever occurred first. Appellant was ordered to submit a status report within 14 days after expiration of the stay. On August 17, 2007, appellant was reminded that the status report was overdue and ordered to file the status report within 14 days. To date, the status report has not been received.

Appellant shall have one final opportunity to prosecute this appeal. Within 14 days after the date of this order, appellant shall file a status report, a motion for appropriate relief, and a motion for relief from default. Alternatively, if counsel is unable to prosecute this appeal, counsel shall file a motion under Ninth Circuit Rule 4-1(c) within 14 days to be relieved as counsel and for appointment of new counsel.

Failure to respond timely to this order may result in the imposition of sanctions on counsel, a determination deeming counsel ineligible to receive

06-30223

appellate appointments under the Criminal Justice Act, and no compensation to counsel under the Criminal Justice Act for this representation.

    The Clerk shall serve this order by certified mail (return receipt requested) on counsel Joseph P. Josephson, Esq.

Signature Redacted<br>
General Order 6.3(e)